NO. 30137

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
GERALD VILLANUEVA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 96-0078(2))

ORDER
(By:  Foley, J.)

Upon consideration of Defendant-Appellant Gerald Villanueva's Motion to Issue Writ of Habeas Corpus filed on March 29, 2010 and Motion to Grant the Common Law Writ of Habeas Corpus filed on March 30, 2010, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motions are denied.

DATED:  Honolulu, Hawai'i, April 7, 2010.

On the motion:

Gerald Villanueva,
Defendant-Appellant, pro se.

Associate Judge